COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| RAMANBHAI PATEL, | § | No. 08-08-00205-CV |
| Appellant, | § | Appeal from the |
| v. | § | 83rd Judicial District Court |
| | § | of Pecos County, Texas |
| JIMMY WOFFORD, DAVID HARDWICK, RUDY RAMOS AND HULON PASS, | § | (TC# 6595) |
| Appellees. | § | |

## MEMORANDUM OPINION

Pending before the Court is Appellant's motion to dismiss the appeal pursuant to TEX.R.APP.P. 42.1(a)(1). Appellant has complied with the requirements of Rule 42.1(a)(1), and having considered the motion we conclude it should be granted. Therefore we grant Appellant's motion to dismiss and dismiss the appeal. Costs will be taxed against Appellant. *See* TEX.R.APP.P. 42.1(d).

September 11, 2008

DAVID WELLINGTON CHEW, Chief Justice

Before Chew, C.J., McClure, and Carr, JJ.